# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

IN RE:

    TED ALLEN MILLS
    RHONDA JEAN MILLS,

  Debtors.

BENJAMIN S. DEMPSEY

    APPELLANT,                                JUDGMENT IN A CIVIL CASE

vs.

PAUL A. RANDOLPH,                         CASE NO: 18-1149-STA-egb
ACTING U.S. TRUSTEE REGION 8,

    APPELLEE.

*Appeal from the United States Bankruptcy
Court for the Western District of Tennessee,
Case No. 15-11766*

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Dismissing Appeal with Prejudice entered on September 20, 2018, this cause is hereby DISMISSED with prejudice.

                                                       APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/20/2018                              THOMAS M. GOULD
                                                            Clerk of Court

                                                            s/Maurice B. BRYSON

                                                            (By)  Deputy Clerk